UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Ahmed Elkhaiat , ;** | **Defendant**(s): **Nora Mawashi , ;** |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Gregg Woodnick , Attorney**<br>Woodnick Law PLLC<br>1747 E. Morten Ave Suite 205<br>Phoenix , Arizona   85020<br>602-449-7980 | , |
| **Markus Risinger , Attorney**<br>Woodnick Law PLLC<br>1747 E. Morten Ave Suite 205<br>Phoenix , Arizona   85020<br>602-449-7980 | , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | 1. Original Proceeding |
| <u>V. Nature of Suit</u>: | 890 Other Statutory Actions |
| VI.Cause of Action: | 22 U.S.C. 9001 et seq. International Child Abduction Remedies Act; 1980 Hague Convention on the Civil Aspects on International Child Abduction |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |
| Dollar Demand: | N/A |
| Jury Demand: | No |
| <u>VIII. This case</u> **is not related** to another case. | |

**Signature**: <u>/s/ Markus Risinger</u>

**Date:** 10/18/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014